**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

IN RE: REQUEST FOR JUDICIAL          CASE NO. 21-MC-03940
ASSISTANCE FROM THE LOCAL COURT
IN AMBERG, GERMANY
IN THE MATTER OF
C.S.B., A MINOR, AND MICHELLE SZKUTE V.
CEDRIC MCKEITHEN, CASE NO. 002 F 338/11
_____/


**MOTION TO DEEM *EX PARTE* THE MEMORANDUM OF LAW IN**
**SUPPORT OF *EX PARTE* APPLICATION FOR ORDER PURSUANT**
**TO 28 U.S.C. § 1782(a) FILED ON MAY 12, 2021**

The United States of America, by and through counsel, submits this Motion

to Deem *Ex Parte* the Memorandum of Law in support of the *Ex Parte* Application

for Order, pursuant to 28 U.S.C. § 1782(a), filed in this Court on May 12, 2021. The

United States intended not only the *ex parte* motion, but also the memorandum

submitted in support of that motion to be filed *ex parte*. The United States

respectfully requests the Court to take the actions necessary to deem the

memorandum *ex parte*.

Respectfully submitted this 13th day of May, 2021.

SANDRA L. STEWART
ACTING UNITED STATES ATTORNEY

By:    */s/ Stephen D. Wadsworth*
       STEPHEN D. WADSWORTH
       Assistant United States Attorney
       Bar Number: ASB 9808 E47W
       United States Attorney's Office

Middle District of Alabama
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7201
Email: Stephen.Wadsworth@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Ex Parte*

Application for Order Pursuant to 28 U.S.C. § 1782(a) was served via First Class

U.S. Mail, postage prepaid, this 13th day of May, 2021, upon the following:

Cedric McKeithen
904 Delaney Drive
Prattville, Alabama 36066.

     */s/ Stephen D. Wadsworth*
STEPHEN D. WADSWORTH
Assistant United States Attorney