IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE REQUEST FOR JUDICIAL | ) | |
| ASSISTANCE FROM THE LOCAL | ) | |
| COURT IN AMBERG, GERMANY | ) | CASE NO. 2:21-MC-3940-RAH |
| IN THE MATTER OF C.S.B., A | ) | |
| MINOR, and MICHELLE SZKUTE v. | ) | |
| CEDRIC MCKEITHEN, CASE NO. | ) | |
| 002 F 338/11 | ) | |

## **ORDER**

Before the Court is the Ex Parte Application for Order Pursuant to 28 U.S.C. § 1782(a), (Doc. 1), filed by the Government. This case concerns a request from the Local Court of Amberg, Germany, that Mr. Cedric McKeithen be ordered to provide a DNA sample and other identifying evidence for use in a paternity dispute.

As permitted by the Hague Convention and federal law, a district court may assist foreign judicial tribunals to obtain discovery within the United States. Title 28 U.S.C. § 1782 provides that a court may assist under the following conditions:

> (1) the request is made "by a foreign or international tribunal," or by "any interested person"; (2) the request seeks evidence, whether it be the "testimony or statement" of a person or the production of "a document or other thing"; (3) the evidence is "for use in a proceeding in a foreign or international tribunal"; and (4) the person from whom discovery is sought must reside or be found in the district of the district court ruling on the application for assistance.

*Application of Consorcio Ecuatoriano de Telecomunicaciones S.A. v. JAS Forwarding (USA), Inc.*, 747 F.3d 1262, 1269 (11th Cir. 2014) (quoting *In re Clerici*, 481 F.3d 1324 (11th Cir. 2007)).

It is difficult for the Court to discern whether the Local Court's request seeking evidence, including DNA evidence and other identifying materials, for use in the matter of *C.S.B. and Michelle Szkute v. Cedric McKeithen*, CASE NO. 002 F 338/11, has been properly presented by the United States. For example, the order or written request from the Local Court of Amberg, Germany, is not included as an attachment to the Application (Doc. 1).

Accordingly, it is

ORDERED that, on or before June 16, 2021, the Government shall supplement the Ex Parte Application for Order Pursuant to 28 U.S.C. § 1782(a), (Doc. 1), with additional documentation, including the order or request from the Local Court and its written translation.[1]

DONE, on this the 24th day of May, 2021.

                                               /s/ R. Austin Huffaker, Jr.
                                        R. AUSTIN HUFFAKER, JR.
                                        UNITED STATES DISTRICT JUDGE

---

[1] A similar request was considered by the Middle District of Alabama in *In Re: Request for International Judicial Assistance from the Local Court of Bayreuth, Germany*, Misc. No. 3:17-MC-3788-WKW, wherein the Government attached the Local Court order and English-translated order to the Application, filed a motion for order to show cause, and moved for the appointment of a magistrate judge as the Commissioner.